IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID THOM, CRYSTAL THOM,
WILLIAM CADWALLADER,
ROBERT L. WENTWORTH, RAYMOND BOYLE,
and MICHAEL O'GRADY,

                Plaintiffs,

    v.

DANIEL GARRIGAN, CHARLES POCHES,
MATTHEW FOSTER, PETER HIBNER,
ROBIN KVALO, BRAD MEIXNER, SUSAN CONNER,
SHAWN MURPHY, KENNETH MANTHEY,
JASON STENBERG, ROBERT BAGNELL,
KEITH KLAFKE, BENJAMIN NEUMANN,
KEVIN TODRYK, PETER WARNING,
PETER BARTACZEWICZ, ANTHONY BRAUNER,
MICHAEL SCHUTZ, DAWN WILCOX, MARIE
MOE, SCOTT KLICKO, BRIAN NOLL,
ROGER BRANDNER, JOSEPH RUF,
JORDAN HAUETER, LEDA WAGNER,
DOUGLAS JARZYNSKI, DAVID CLARK,
MICHAEL HAVERLEY, MARK SMIT,
ALEXANDER AGNEW, BENJAMIN OETZMAN,
TERRI PULVERMACHER, MAX JENANASCHET,
CORY MILLER, GREGORY BISCH,
THOMAS M. DRURY, CHARLES MILLER,
KATHRYN E. MILLER, ROBERT BECKER,
CHARLES CHURCH, and MARK HAZELBAKER,

                ORDER

                18-cv-368-jdp

                Defendants.

---

    In previous orders, I explained that plaintiffs David Thom, Crystal Thom, William Cadwallader, Robert Wentworth, Raymond Boyle, and Michael O'Grady have tried to fit too many unrelated claims into this lawsuit. Dkt. 100, 112. I explained that plaintiffs' allegations could be grouped into six categories of claims and I directed plaintiffs to choose only one category on which to proceed in this case. Plaintiffs have now responded, stating that they wish

to proceed with the claims identified as "Lawsuit #1," which are the subject of the amended complaint that was docketed as Dkt. 104. In light of plaintiffs' response, I will consider the amended complaint at Dkt. 104 to be the operative pleading in this case. Because that amended complaint names only O'Grady, David Thom, and Crystal Thom as plaintiffs, I will remove Cadwallader, Wentworth, and Boyle from the caption of this case. I will remove as defendants several individuals that plaintiffs omitted from their amended complaint at Dkt. 104.

As explained previously, if plaintiffs want to pursue any other claims not included in the amended complaint at Dkt. 104, plaintiffs must file new complaints in new cases and pay a separate filing fee for each of the cases that they want to pursue.

ORDER

IT IS ORDERED that:

1. The amended complaint at Dkt. 104 is the operative pleading in this case. Defendants may have until August 6, 2019 to file an answer to the amended complaint.

2. The caption is AMENDED to remove William Cadwallader, Robert Wentworth, and Raymond Boyle as plaintiffs and Susan Conner, Shawn Murphy, Kevin Todryk, Peter Bartaczewicz, Dawn Wilcox, Marie Moe, Roger Brandner, Joseph Ruf, Jordan Haueter, Leda Wagner, Douglas Jarzynski, Michael Haverley, Terri Pulvermacher, Max Jenanaschet, Thomas M. Drury, Charles Miller, Kathryn E. Miller, Robert Becker, Charles Church, and Mark Hazelbaker as defendants.

Entered July 23, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge