IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL O'GRADY,

    Plaintiff,

  v.

DANIEL GARRIGAN, CHARLES POCHES, MATTHEW FOSTER, PETER HIBNER, ROBIN KVALO, BRAD MEIXNER, KENNETH MANTHEY, JASON STENBERG, ROBERT BAGNELL, KEITH KLAFKE, BENJAMIN NEUMANN, PETER WARNING, ANTHONY BRAUNER, MICHAEL SCHUTZ, SCOTT KLICKO, BRIAN NOLL, DAVID CLARK, MARK SMIT, ALEXANDER AGNEW, BENJAMIN OETZMAN, CORY MILLER and GREGORY BISCH,

    Defendants.

Case No. 18-cv-368-jdp

MICHAEL O'GRADY

    Plaintiff,

  v.

CITY OF PORTAGE, PORTAGE COMMUNITY SCHOOLS, ROBIN KVALO, DANIEL GARRIGAN, CHARLES POCHES, PETER HIBNER, MATTHEW FOSTER, BRAD MEIXNER, JASON STENBERG, PETER WARNING, SUSAN CONNER, and KEITH KLAFKE,

    Defendants.

Case No. 18-cv-582-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/12/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |