DOC NO
REC'D/FILED

2020 DEC -3 PM 4:49

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Michael O'GRADY

Plaintiff,

v.

Daniel Garrigan, et, al

Defendant.

NOTICE OF APPEAL

Case No. 18-CV-368-jdp

Notice is given that the (plaintiff)/defendant, Michael O'Grady, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on November 12, 2020.

Dated and signed this 3 day of December, 2020.

_____, Wisconsin.

_____
(Signature)

P.O. Box 2
(Street Address)

Portage WI 53901
(City, State, Zip)

608 745-1196

Appeal Fee $505.00 Attached Check No. 2981